TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
KRISTEN A. WILLIAMS (Cal. Bar No. 263594)
Deputy Chief, Major Frauds Section
CATHY J. OSTILLER (Cal. Bar No. 174582)
Senior Litigation Counsel
ALEXANDER C.K. WYMAN (Cal. Bar No. 295339)
Assistant United States Attorneys
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0526/6159/2435
    Facsimile: (213) 894-6269
    E-mail:   Kristen.Williams@usdoj.gov
              Cathy.Ostiller@usdoj.gov
              Alex.Wyman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 17-401-DMG |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING DATE** |
| v. | |
| CHARLES KLASKY, | Current Sentencing Date: August 11, 2021 at 11:00 a.m. |
| Defendant. | Proposed Sentencing Date: January 12, 2022 at 11:00 a.m. Location: Courtroom of the Honorable Dolly M. Gee |

    Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Kristen A. Williams, Cathy J. Ostiller, and Alexander C.K. Wyman, and defendant Charles

Klasky, by and through his counsel of record, William Fleming, hereby stipulate as follows:

    1.   On or about July 5, 2017, the government filed an information charging defendant with one count of conspiracy to commit health care fraud in violation of Title 18, United States Code, Section 371.

    2.   On August 9, 2017, defendant pled guilty to the single-count information.  Sentencing was initially set for November 15, 2017, but has since been continued, most recently to August 11, 2021.

    3.   The Probation Officer has not yet disclosed the Presentence Report to the parties and, pursuant to Federal Rule of Criminal Procedure 32(e)(2), is not yet obligated to do so.

    4.   Pursuant to his plea agreement with the government, defendant is currently cooperating with the government regarding <u>United States v. Omidi, et al.</u>, CR 17-661(A)-DMG, and is anticipated to provided testimony during trial in that case, which is currently set for September 21, 2021.  The government needs to consider fully any assistance provided by defendant in connection with that case prior to taking a position as to defendant's substantial assistance at sentencing.

//
//
//
//
//
//
//

5.   Accordingly, by this stipulation, the parties jointly move to continue the sentencing date from August 11, 2021, to January 12, 2022.

IT IS SO STIPULATED.

Dated: April 16, 2021

TRACY L. WILKISON
Acting United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

/s/
KRISTEN A. WILLIAMS
CATHY J. OSTILLER
ALEXANDER C.K. WYMAN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: April 20, 2021

*/s/ William Fleming by email authorization*
WILLIAM FLEMING

Attorney for Defendant
CHARLES KLASKY