TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
KRISTEN A. WILLIAMS (Cal. Bar No. 263594)
Assistant United States Attorney
Deputy Chief, Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0526
     Facsimile: (213) 894-6269
     E-mail:    Kristen.Williams@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 17-401-DMG |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING DATE |
| v. | Current Sentencing Date: May 25, 2022 at 11:00 a.m. |
| CHARLES KLASKY, | Proposed Sentencing Date: August 10, 2022 at 11:00 a.m. |
| Defendant. | Location: Courtroom of the Honorable Dolly M. Gee |

     Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Kristen A. Williams and defendant Charles Klasky, by and through his counsel of record, William Fleming, hereby stipulate as follows:

     1.   On or about July 5, 2017, the government filed an

1  information charging defendant with one count of conspiracy to
2  commit health care fraud in violation of Title 18, United States
3  Code, Section 371.
4       2.   On August 9, 2017, defendant pled guilty to the single-
5  count information.  Sentencing was initially set for November 15,
6  2017, but has since been continued, most recently to May 25, 2022.
7       3.   The Probation Officer has not yet disclosed the
8  Presentence Report to the parties and, pursuant to Federal Rule of
9  Criminal Procedure 32(e)(2), is not yet obligated to do so.
10      4.   Pursuant to his plea agreement with the government,
11 defendant has cooperated with the government regarding <u>United States
12 v. Omidi, et al.</u>, CR 17-661(A)-DMG, including through lengthy
13 testimony at the trial of defendants Julian Omidi, Surgery Center
14 Management, LLC, and Mirali Zarrabi.  Because post-trial motions for
15 new trial in that case remain pending, it is possible that
16 defendant's assistance could still be required.  A continuance is
17 appropriate because the government needs to consider fully any
18 assistance provided by defendant prior to taking a position as to
19 defendant's substantial assistance at sentencing.
20 //
21 //
22 //
23 //
24 //
25 //

5. Accordingly, by this stipulation, the parties jointly move to continue the sentencing date from May 25, 2022, to August 10, 2022.

IT IS SO STIPULATED.

Dated: March 26, 2022

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

/s/
KRISTEN A. WILLIAMS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: March 27, 2022

*/s/ per email authorization*
WILLIAM FLEMING

Attorney for Defendant
CHARLES KLASKY

3