UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　　v.<br><br>CHARLES KLASKY,<br><br>　　　　Defendant. | No. CR 17-401-DMG<br><br>ORDER CONTINUING SENTENCING [56] |

　　　Having read and considered the parties' stipulation to continue the sentencing date from May 25, 2022, to August 10, 2022, and good cause having been found, the sentencing in this matter is hereby continued to **August 10, 2022 at 11:00 a.m.**

　　　IT IS SO ORDERED.

March 29, 2022
DATE

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE