STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
KRISTEN A. WILLIAMS (Cal. Bar No. 263594)
Assistant United States Attorney
Deputy Chief, Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0526
     Facsimile: (213) 894-6269
     E-mail:    Kristen.Williams@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 17-401-DMG |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING DATE |
| v. |  |
| CHARLES KLASKY, | Current Sentencing Date: August 10, 2022, at 11:00AM |
| Defendant. | Proposed Sentencing Date: October 19, 2022, at 11:00AM |
|  | Location: Courtroom of the Honorable Dolly M. Gee |

   Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Kristen A. Williams and defendant Charles Klasky, by and through his counsel of record, William Fleming, hereby stipulate as follows:

   1.   On or about July 5, 2017, the government filed an

information charging defendant with one count of conspiracy to commit health care fraud in violation of Title 18, United States Code, Section 371.

2.  On August 9, 2017, defendant pled guilty to the single-count information. Sentencing was initially set for November 15, 2017, but has since been continued, most recently to August 10, 2022.

3.  The Probation Officer disclosed the Presentence Report to the parties on July 5, 2022.

4.  Pursuant to his plea agreement with the government, defendant has cooperated with the government regarding <u>United States v. Omidi, et al.</u>, CR 17-661(A)-DMG, including through lengthy testimony at the trial of defendants Julian Omidi, Surgery Center Management, LLC, and Mirali Zarrabi. Because post-trial matters in that case remain pending, it is possible that defendant's assistance could still be required. A continuance is appropriate because the government needs to consider fully any assistance provided by defendant prior to taking a position as to defendant's substantial assistance at sentencing.

5.  Additionally, defense counsel is currently scheduled to be in a five-day trial beginning the second week of September.

//
//
//
//
//
//

     6.   Accordingly, by this stipulation, the parties jointly move to continue the sentencing date from August 10, 2022, to October 19, 2022.

     IT IS SO STIPULATED.

Dated: July 20, 2022

STEPHANIE S. CHRISTENSEN
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

/s/ signature
KRISTEN A. WILLIAMS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: July 20, 2022

*/s/ per email authorization*
WILLIAM FLEMING

Attorney for Defendant
CHARLES KLASKY