UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>CHARLES KLASKY,<br><br>            Defendant. | No. CR 17-401-DMG<br><br>ORDER CONTINUING SENTENCING [60] |

    Having read and considered the parties' stipulation to continue the sentencing date from August 10, 2022 to October 19, 2022, and good cause appearing, the Court continues the sentencing hearing in this matter to **October 19, 2022 at 10:00 a.m.**

    **IT IS SO ORDERED.**

July 21, 2022
DATE

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE